IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DON TEDFORD,

    PLAINTIFF,

VS.

JEFFREY BEARD, ET. AL.,

    RESPONDENTS.

**CIVIL NO.:** 09-409

**TYPE OF PLEADING:**

SUPPLEMENTAL APPENDIX TO PETITION FOR A WRIT OF HABEAS CORPUS/AMENDED PETITION FOR A WRIT OF HEABEAS CORPUS

**FILED ON BEHALF OF:**

DON TEDFORD

PETITIONER

**ATTORNEY OF RECORD:**

ADAM B. COGAN, ESQUIRE
PA I.D. NO.: 75654

218 WEST MAIN STREET
SUITE A
LIGONIER, PA 15658

[724] 995-8579

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DON TEDFORD, | ) |
| PLAINTIFF, | ) |
| VS. | ) **CIVIL NO.:** 09-409 |
| JEFFREY BEARD, ET. AL., | ) |
| RESPONDENTS. | ) |

**SUPPLEMENTAL APPENDIX TO AMENDED PETITION FOR A WRIT OF HABEAS CORPUS AND ACCOMPANYING MEMORANDUM OF LAW**

AND NOW, comes the Petitioner, DON TEDFORD, by counsel, ADAM B. COGAN, ESQUIRE, and BRUCE ANTKOWIAK, ESQUIRE, and respectfully gives notice of the filing of the attached Supplemental APPENDIX to his Amended Petition for a Writ of Habeas Corpus and Accompanying Memorandum of Law.

RESPECTFULLY SUBMITTED,

s/ADAM B. COGAN
ADAM B. COGAN, ESQUIRE

PA I.D. NO.: 75654


s/BRUCE A. ANTKOWIAK
BRUCE A. ANTKOWIAK, ESQUIRE

PA I.D. NO.: 25506

1

# EXHIBITS

A.     Affidavit of Bernard Stanek
B.     *The Road to Justice* Excerpt by Bernard Stanek
C.     Dr. Abernathy Autopsy Report
D.     Dr. Persin, Licensed Physician, Expert Opinion
E.     Dr. Ferrara, Forensic Scientist, Expert Opinion
F.     Pennsylvania State Police Report on the Right-to-Know Law
G.     Defendant's File of Consolidated Pleadings
H.     Defendant's Supplement to Petition Pursuant to the PCRA Based on Newly Discovered Evidence
I.     Butler County Order of Court Dismissing Tedford's Petition under PCRA
J.     The Brief for the Appellant filed in the Supreme Court of Pennsylvania
K.     Supreme Court of Pennsylvania's Opinion
L.     Affidavit of Private Investigator of Christopher Finley
M.     Edward Peters and Lynn Kampers' Marriage License and Divorce Record
N.     Lynn Kampers' interview report
O.     Hair and Fiber Evidence Analysis
P.     Declaration and Affidavit of Pamela Tucker
Q.     Declaration and Affidavit of David Geibel
R.     Declaration and Affidavit of Timothy Sunday
S.     Declaration and Affidavit of Barry Fox
T.     Christopher White Criminal Record
U.     Preliminary Hearing Transcript
V.     Dr. Ermlick Lab Report
W.     Kevin Siehl PCRA Opinion
X.     Siehl and Ermlick PCRA Testimony
Y.     Ermlick Deposition
Z.     Affidavit of Diana Perko
AA.     Heather Mattes, Esquire, Expert Opinion
BB.     Tedford Criminal Complaint
CC.     Tedford Amended Post Verdict Motions Files
DD.     Affidavit of Michael Ferry and Supplemental Report
EE.     Supplement to Consolidated Pleading; Parallel Transcript
FF.     Affidavit of Fausto Poza
GG.     Newspaper Articles
HH.     Affidavit of Donald Tedford
II.     Susan Blackburn Information