# EXHIBIT A

# AFFIDAVIT OF FACT OF BERNARD STANEK

My name is Bernard Stanek and I hereby attest to the following information and report that it is true and correct to the best of my knowledge and belief:

1. My name is Bernard Stanek and I presently reside in Canonsburg, Pennsylvania.

2. I am an adult individual over the age of eighteen and am not otherwise disqualified from making this Affidavit.

3. I was previously employed with the Pennsylvania State Police as a Trooper. I graduated from the PA State Police Academy in 1962 and retired in 1990. I wrote a book titled *The Road to Justice* documenting my investigation of a murder in Washington County. During the course of my career, I conducted countless criminal investigations. The 1986 murder of Jeanine Revak is one that I recall distinctly and one that I considered writing a second book about.

4. Jeanine Revak was murdered in 1986 and her body discarded in Washington County where I was stationed as a Trooper. Revak's husband James Revak was interviewed. He stated his wife had been seeking work and going door-to-door dropping off her resume. He stated she had visited several home décor type businesses including *The Finishing Touch* in Cranberry Township, Pennsylvania. Mr. Revak held a really good job at the time and I didn't feel he was a suspect or needed to furnish an alibi for the time of the murder. I recall that Mrs. Revak's father was a City of Pittsburgh Police Officer, but I can't remember his name.

5. I recall visiting *The Finishing Touch* and interviewing owner Mr. Sasso. Sasso stated that he employed Don Tedford, an inmate who was serving time but in the work release program. Upon examining Tedford's desk area in the business, we found a notepad with Jeanine Revak's telephone number wrote on it. At this point, Tedford became the prime suspect and our investigation continued from there. I believe that the PSP must have obtained complete phone records from all relevant phones as part of our investigation.

Initial: *BMS*

6. My partner on the case was Trooper Peters and I conducted countless interviews on this case together with him. I do not presently recall Christopher White or Michael Ferry as being Commonwealth witness or what if anything they added to the case.

7. The investigation included an attempt to gather any and all relevant forensic evidence. But I was never able to determine where the murder actually took place. At the end of my investigation, I concluded the murder took place in Tedford's vehicle.

8. I verify that the averments of fact made in the foregoing Affidavit are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are subject to the penalties of 18 Pa. C.S. §4904, relating to unsworn falsification to authorities, which provides that, if I make knowingly false statements, I may be subject to criminal penalties. Under federal law, I declare, state, certify, verify and affirm under penalty of perjury that the foregoing Affidavit is true and correct.

_____
Bernard Stanek

Personally appeared before me, the undersigned Notary Public, on this 12th day of April, 2022, with whom I am personally acquainted, and who acknowledged that the within instrument was executed for the purposes therein contained.

My commission expires:

_____
Chris Finley
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Christopher Finley, Notary Public
Allegheny County
My commission expires February 24, 2024
Commission number 1266744
Member, Pennsylvania Association of Notaries

Commonwealth of Pennsylvania - Notary Seal
Christopher Finley, Notary Public
Allegheny County
My Commission expires February 24, 2024
Commission number 1300744

Member, Pennsylvania Association of Notaries

