# EXHIBIT B

# The Road to Justice

A true story written by the
PA State Trooper who
investigated the murder of
a headless body discovered
in Washington PA

Bernard W. Stanek

Trooper Edward S. Peters was a white male, about 10 years younger than Stanek. He had been working BCI with Bivens; however, he wanted to be an investigator and his transfer was finally approved. He had been with the investigator's unit about 2 years. Shortly after he became an investigator, he and Stanek worked a murder case where a young girl had been dumped in an open field in Washington County. The man who killed her was a state prisoner who was on work release from the State Prison in Greensburg, PA. He was hired on work release by a man who ran a decorating business in Cranberry Township, Butler County, PA. The girl who had just gotten married a short time before being killed was looking for a job in that line of work. She was just stopping at these types of businesses checking to see if any positions were open. She stopped at this business that was being managed by the prisoner, and he did an interview. She was a very pretty young girl and he called her and told her to meet him at a certain location because he was going to take her to do a bid on decorating a home to see what she could do. He, however, took her to an unknown location, where he raped her and killed her. He then dumped her body in Washington County. During the investigation her phone number was found on the desk pad of his office. He was tried and

convicted.  There is a lot more to the story, and maybe Stanek will write about it another day.  Stanek really didn't know a lot about Peters' personal life.  He knew he was divorced and had two children, a boy and a girl.  In fact, one of the people Peters and Stanek interviewed in the case was the bookkeeper for the company.  Peters later married her.

Made in the USA
Monee, IL
21 October 2021


80486673R00142