# EXHIBIT D

Expert Opinion

A. Materials Reviewed

   a. Dr. Abernathy's autopsy report dated January 11, 1986.

   b. Dr. Abernathy's trial testimony (pages 32 through 73).

   c. Scott Ermlick's trial testimony (pages 243 through 251).

   d. An excerpt from the closing argument where the blood evidence was argued (pages 712-714).

As discovery may be ongoing, I reserve the right to supplement the materials I have reviewed in rendering my opinions.

B. Qualifications

   a. I am a physician licensed to practice medicine in the state of Pennsylvania. I am a Board-Certified Emergency Medicine Physician employed by Westmoreland Emergency Medicine Specialists, P.C. I am also the Medical Director of the Excela Health Westmoreland Hospital Emergency Department in Greensburg, PA and I serve as the Chair of the Department of Emergency Medicine for Excela Health which includes hospitals in Greensburg, Latrobe and Mount Pleasant, PA.

   b. I have substantial experience evaluating and providing management of scalp lacerations.

   c. A copy of my CV is attached to this report as Exhibit A.

C. Summary of Records

Please note that there are some grammatical errors from prior testimony. Quoted statements are documented as they were recorded by the stenographer at the time.

It was noted that there was a laceration on the posterior right side of the victim's head. Per Dr. Abernathy's testimony, "it produced a very great deal of hemorrhage." Dr. Abernathy testimony went on to state that "there was a good deal of hemorrhage in the scalp around it, something of this sort, a rather marked amount of hemorrhage around this cut or laceration. It was not exactly a clean cut and could have been a kind produced by a heavy blow with an instrument of some sort. This also tears the skin and produces a laceration." As he continued on with his testimony it was documented that he found "hemorrhage inside the skull overlying the brain spreading fairly widely mostly on the left side, that is straight across the left front part of the brain, pretty much straight across from the bruise in the right back of the head". He described this as a contrecoup injury. He reported that after he examined the rest of the brain using a sectioning knife "I had evidence that the blood had backed up in the head while this strangulation process occurred." Dr. Abernathy's autopsy noted "there is seen to be a gaping laceration on the right in the supra-occipital region about 6 cm. behind the right ear and on a level with it . It is a gaping 2.5 cm. laceration." He later testified that " there is considerable hemorrhage sub-jacent to the laceration. This has spread to form a disc–like dark reddish–black blood clot approximately 5 to 6 cm. in diameter and possibly 3 or 4 mm. thick."

Scott Ermlick's testimony notes that he answered "that is correct." When asked "from no other source whether it be a swab of carpeting or a sample taken from tile or a crack in the floor did you find any blood on any items other than the clothing; is that correct?" Later in his testimony he was questioned about the blood stains on the victims clothing. When asked how he would describe that in terms of quantity, his answer was "the victims blouse had blood around the collar and front. That was a very thick material. It was stained through. The victim slacks, there were a couple drops of blood on the leg. The red jacket there was blood on the front of the jacket and also along the back of the jacket. Few stains was certainly on the blouse." He later went on to testify "I can tell you that the majority of the blouse was not bloodstained, and that the stain was localized to one area which would have been the right neck and chest area. The jacket, my records or drawings indicate that it was bloodstained, but there were drops over the right front and right sleeve as well as the right back area."

D. Expert Opinions

I hold the following opinions regarding the scalp laceration and bleeding as a result of the injury to the victim:

a. The human scalp is very thick skin and because of its extensive blood supply even small lacerations can lead to very large amounts of bleeding. Because of the excellent blood supply to the scalp, some lacerations result in profuse bleeding that may even lead to hemorrhagic shock if not managed promptly.

b. The victim suffered an injury to the posterior right scalp that was produced with a significant force in that it not only caused a laceration but also caused a contrecoup injury with subarachnoid and subdural hemorrhage overlying the left temporal lobe. It was noted that the blouse was stained with blood in the right neck and chest area. There was also blood noted on the front and back of a jacket as well as the right sleeve of the jacket. Additionally, there was some blood on the leg portion of the victim's slacks.

c. It is my opinion, based on a reasonable degree of medical certainty, that the victim who was found with a gaping scalp laceration, caused by a blow to the head with enough force to cause a contrecoup injury having subarachnoid and subdural hemorrhaging, would have had a large amount of bleeding. As a result of such, blood would have been present on the victim's body, her clothing, and the environment where the injury occurred.

d. If there is any additional discovery, I reserve the right to supplement and/or amend my opinions.

E. I hereby certify that this report is an accurate statement of my opinions and the basis and reasons for them.

*Mark Persin DO.*
Mark Persin, DO

# Exhibit A

Mark A. Persin, D.O.
656 Old State Route 66
Greensburg, PA 15601
[mpersin@excelahealth.org](mpersin@excelahealth.org) 724-832-4799 Work
[mpersin@wemserdocs.com](mpersin@wemserdocs.com) 724-309-1367 Cell

**Employment – Full Time Emergency Medicine Physician**
Westmoreland Emergency Medicine Specialists, P.C., Greensburg, PA October 2002 – present
Memorial Emergency Medicine Associates, P.C., York, PA July 1995 – September 2002

**Employment – Part Time Emergency Medicine Physician**
Coordinated Health Services/EmCare, Dallas, TX 1994 - 2011
Emergency Resource Management Inc., Pittsburgh, PA 2000-2006
Gettysburg Hospital, Gettysburg, PA 1996-2000

**Medical Staff Affiliations**
Excela Health System, Greensburg, PA 2002 – present
Jeannette District Memorial Hospital, Jeannette, PA 1994-2008
Susquehanna Health System/Williamsport Hospital, Williamsport, PA 1994 – 2005
Gettysburg Hospital, Gettysburg, PA 1996-2000
Braddock Hospital, Braddock, PA 1997
McKeesport Hospital, McKeesport, PA 1994-1996

**Post-Graduate Training**
Memorial Hospital, York, PA; Emergency Medicine Residency, July 1992 – July 1995
Memorial Hospital, York, PA; Internship; June 1992 – June 1992

**Education**
Philadelphia College of Osteopathic Medicine, Philadelphia, PA
    Doctor of Osteopathy June 1991
Saint Vincent College, Latrobe, PA
    Bachelor of Science in Chemistry May 1987

**Miscellaneous**
Chair, Department of Emergency Medicine, Excela Health, Greensburg, PA July 2005 – present
Director, Excela Westmoreland Hospital ED, Greensburg, PA January 2015 - present
Assistant Director, Excela Westmoreland Hospital ED, Greensburg, PA July 2004 -December, 2015
Program Director, Emergency Medicine Residency, Memorial Hospital, York, PA July 2001 – October, 2002
Attending Physician of the Year, Selected by Intern Class, Memorial Hospital, York, PA 2000-2001
Physician of the Year, Memorial Hospital, York, PA 1995
Resident of the Year, Memorial Hospital, York, PA 1994-1995
Chief Resident, Memorial Hospital, York, PA 1994-1995
Resident Member, Board of Directors, PaACEP 1994-1995
President, EMRA of Pennsylvania 1993-1994
Intern of the Year, Memorial Hospital, York, PA 1991-1992

**Associations**
American Osteopathic Association
American College of Osteopathic Emergency Physicians
Pennsylvania Osteopathic Medical Association

**Board Certification**
Board Certified in Emergency Medicine, AOBEM