# EXHIBIT E

Lyndsie N. Ferrara, Ph.D.
136 Tiffany Ridge Drive
Coraopolis, PA

February 18, 2022

Adam Byron Cogan
218 West Main Street
Suite A
Ligonier, PA 15658

RE:   Donald Tedford Case

Dear Mr. Cogan and Mr. Antkowiak,

    I reviewed the information that you have provided regarding the above referenced case. The information included Dr. Ernest L. Abernathy's Autopsy Report, Dr. Abernathy's Trial Testimony Transcript, Scott Ermlick's Trial Testimony Transcript, an excerpt of the Commonwealth's Closing Argument, Six Black & White Crime Scene Photos of the Finishing Touch, and Two Color Photos of the Victim, Jeanine Revak.

    The autopsy findings for Jeanine Revak indicate asphyxia due to ligature strangulation as the cause of death. The autopsy findings and testimony by Dr. Abernathy explain that the victim also suffered a scalp laceration (approximately 2.5cm in size) while alive supported by internal bleeding findings. Dr. Abernathy also testified that scalp lacerations usually bleed profusely. The criminalist Scott Ermlick described in his testimony the presence of blood on the victim's blouse localized to the right neck and chest area and drops of blood on the victim's jacket on the right front, sleeve, and back areas. Samples collected from the Finishing Touch were negative for blood. Based on the results of the autopsy, the injuries suffered by the victim, and the criminalist's finding of blood on the clothing, it is highly unlikely that no blood would be detected at the crime scene.

    I offer the above opinion regarding the case involving Mr. Tedford based on my scientific education and experience and reserve the right to amend my opinion if additional information becomes available.

    Please let me know if you need any additional information.

                                    Sincerely,

                                    Lyndsie N. Ferrara, Ph.D.
                                    Forensic Scientist

# Curriculum Vitae
# Lyndsie (Schantz) Ferrara, Ph.D.
# lyndsie.ferrara@gmail.com
# (724) 448-7189

I. Professional Preparation and Experience

    A. Education:

**DUQUESNE UNIVERSITY**, Pittsburgh, PA 15282

*Doctor of Philosophy*, Healthcare Ethics                                                   May 2018
*Dissertation: The Contribution of Ethical Reasoning Skills in Forensic Science*

*Master of Science*, Forensic Science & Law                                             May 2009

*Bachelor of Science*, Biology                                                                May 2008
*Minors*: Forensic Science & Law, Biochemistry, and Mathematics

    B. Work History

1. Academic Appointments

**Forensic Science & Law Program**                                       **Duquesne University,** Pittsburgh, PA
    **Teaching Assistant Professor,** July 2018-Present
    **Instructor,** August 2014-June 2018
    **Assistant Instructor,** August 2012-May 2014

- *Teach Forensic Science & Law specific courses including Introduction to Forensic Science, Forensic DNA Analysis, Quality Assurance & Laboratory Administration Management, Advanced DNA Topics, Professional Development, Seminar, Journal Club and Graduate Research*
- *Co-teach the course True Crime and the Justice of God*
- *Utilize a learning management system (Blackboard) for all courses*
- *Teach DNA interpretation modules during graduate DNA laboratory course*
- *Mentor and assist students with graduate-level forensic research projects in areas such as DNA, Fingerprints, Entomology, Forensic Education, and Blood Spatter.*
- *Prepare documentation for Forensic Science Education Programs Accreditation Commission (FEPAC) accreditation audits and annual reports and facilitate on-site visits*
- *Develop new academic program proposals (2 year Master's in Forensic Science, Bachelor of Biology with an autopsy focus, training and certification in Forensic Science Management)*
- *Review assessment data and complete an annual assessment report on student learning outcomes and institutional effectiveness*
- *Organize research symposiums and other continuing education events for both students and professionals*
- *Ensure all student research projects using human subjects undergoes IRB approval*
- *Serve as an ambassador to the Program by meeting with prospective students during recruitment events and family interviews*
- *Budget analysis and tracking for external funding and internal organizations (NIJ/RTI grant and Phi Sigma Lambda)*
- *Expense forecasting (conference logistics and research supplies)*
- *Logistics and programmatic planning for workshops, tours, and STEM outreach activities*
- *Programmatic planning for all NIJ/RTI activities, oversee graduate assistants working on grants*

- *Advisor to multiple student organizations: forensic science and law professional fraternity Phi Sigma Lambda and forensic science honors society Delta Delta Epsilon*
- *Oversee and participate in an annual high school forensic science and law summer workshop*
- *Coordinate activities bi-annually for SciTech Days at the Carnegie Science Center*
- *Invited participant in the Pittsburgh Council of Higher Educators (PCHE) Simon Initiative to develop online education material*
- *Update webpages to reflect current information using the Duquesne University content management system*

2. Pertinent Non-academic Appointments

**Forensic Program Assistant/Grant Coordinator,** May 2012-August 2014  **Duquesne University,** Pittsburgh, PA
*Managed graduate assistants, tracked all grant related financial obligations, and developed proposals and budgets for other grant opportunities; completed all accreditation material, organized research symposiums, and liaised with other departments to develop additional resources for the forensic science program.*

**Project Coordinator,** January 2013-May 2014  **Cybergenetics,** Pittsburgh, PA
*Used TrueAllele® Casework & Databank software to interpret casework data and prepare reports, visual aids, and case packets for use in court proceedings; interfaced with customers in multiple ways including marketing at trade shows, providing technical support, and acting as the instructor for all training activities.*

**Forensic Specialist,** November 2010-December 2012  **Engility,** Washington, D.C.
*Contractor for the Department of Justice's International Criminal Investigative Training Assistance Program (ICITAP) Headquarters; managed and developed budgets for millions of dollars devoted to forensic development in foreign countries; setup trainings and technical assistance; provided a DNA assessment and implementation strategy for Belize; partnered with US and foreign agencies to implement successful forensic science programs.*

**Biologist,** July 2009-October 2010  **US Army Criminal Investigation Laboratory,** Forest Park, GA
*Performed serology and DNA analysis on a multitude of evidence items; Used 7900 and 7500 real-time PCR machines to quantify DNA, amplified using AmpFlSTR Identifiler and Yfiler amplification kits, and produced DNA profiles with the Genetic Analyzer 3130xl; Interpreted single source to complex electropherograms and composed formal reports suitable for legal presentation; conducted training for investigative personnel outside the laboratory.*

**Research Analyst,** January 2007-May 2009  **Duquesne University**, Pittsburgh, PA

**Forensic Coordinator**, October 2008-April 2009  **Carnegie Science Center**, Pittsburgh, PA

3. Internships
**Investigations Intern,** Fall 2008  **Allegheny County Police Department,** Pittsburgh, PA

**Crime Unit Intern,** Summer 2008  **Pittsburgh Police Mobile Crime Unit,** Pittsburgh, PA

**Death Investigations Intern,** Spring 2008  **Allegheny County Medical Examiner's Office,** Pittsburgh, PA

C. Memberships in professional organizations:
  American Academy of Forensic Sciences (AAFS) 2015-Present
  Council of Forensic Science Educators (COFSE) 2015-Present
  Mid-Atlantic Association of Forensic Scientists (MAAFS) 2017-Present
  American Society of Crime Lab Directors (ASCLD) 2017-2019
  American Educational Research Association (AERA) 2016-2019

II. Teaching

   A. Graduate courses taught annually
      FORE 521 Forensic DNA Analysis/Interpretation/Statistics (primary instructor) 2019-Present
      FORE 650 Advanced DNA Topics: Non-Human Applications (co-instructor) 2019-Present
      FORE 550 Journal Club/Research (primary instructor) 2012-Present
      FORE 640 Research Defense (primary instructor) 2012-Present
      BIOL 530 DNA Methods & Population Genetics (guest lecturer) 2012-Present

      B. Undergraduate courses taught annually
      FORE 350/THEO 306 True Crime and Justice of God (co-instructor) 2021-Present
      FORE 101 Introduction to Forensic Science (co-instructor) 2012-Present
      FORE 300 Professional Development I (primary instructor) 2012-2019 (assistant instructor) 2019-Present
      FORE 320 Professional Development II (primary instructor) 2012-2019 (assistant instructor) 2019-Present
      FORE 400 Professional Development III Writing Intensive (primary instructor) 2012-2019 (assistant instructor) 2019-Present
      FORE 420 Professional Development IV Writing Intensive (primary instructor) 2012-2019 (assistant instructor) 2019-Present
      FORE 480 Forensic Molecular Biology (co-instructor) 2022

   C. Academic Advisement or Supervision
      Primary Research Advisor
      - Taylor Hopkins, Racial Bias in Forensic Science (2021-Present)
      - Kaitlyn Svencer, Case Analysis of Billy Milligan (2021-Present)
      - Sasha Valentino, Fingerprint Processing Effects on Casing Comparisons (2021-Present)
      - Ann DiFrank, Victimology Comparison Between Serial Killers and Orca Whales (2020-Present)
      - Elizabeth Diltz, Re-Investigating the CSI Effect (2020-Present)
      - Julianna Firek, Courtroom Operations during the Covid-19 Pandemic and Beyond (2020-Present)
      - Alexys Karl, Differences in Exonerations Across the United States (2020-Present)
      - Shelby Kmidowski, Improving Forensic Science within a Law School Curriculum (2020-Present)
      - Nicole Seuferer, Enhancing Lawyer's and Judge's Knowledge of Forensic Techniques (2020-Present)
      - Lauren Turnacioglu, Examining Certification, Training, and Education for Question Document Examiners (2020-Present)
      - Kayce Boggess, Estimating Decomposition Time Via Bacteria from Rat Models (2019-Present)
      - Kari Danser, Examining What Successful Re-entry Looks Like: Looking Beyond Recidivism Rates to the Human Experience (2019-Present)
      - Odile Enslen, Suicide Rates and Trends in Allegheny County During 2010-2019 (2019-Present)
      - Noelle Sadaka, Evaluating Bias within Juror Perception in Sexual Assault Cases (2019-Present)
      - Sarah (Coffman) McKendrick, Understanding Foundational Ethical Content Necessary for Educating Future Forensic Scientists (2018-Present)
      - Savannah Stout, Forensic Science Education for Lawyers (2019-2021)
      - Erin Estus, A Landscape Study on Massively Parallel Sequencing Technology for Forensic Science Applications (2018-2021)
      - Andrew Nickischer, The Effects of Fingerprint Development Techniques on Bullet Casing Identification (2018-2021)
      - Hannah Reidenbaugh, The Disconnect Between Forensic Science and the Lawyers Who Represent It (2017-2020)
      - Kallie Crawford, Understanding the Sexual Assault Kit Backlog in Pennsylvania (2016-2018)
      - Miranda McCune, Analysis of Blood Spatter on Stain Resistant Paints (2016-2019)

- Erin Monko, Comparison of Kinship-Inferred Genetic Profiles from TrueAllele to Reference Profiles (2016-2019)
- Evan Penrod, Bugs and Bacteria: Body Decomposition within Suitcases (2016-2019)
- Kylie Wilson, Analysis of Blood Spatter on Different Stain Resistant Sprays (2016-2019)
- Katherine Wodyka, Determination of perceived dominance in individuals based on gender, age, and education (2016-2019)
- Liana Amery, The Effect of Fingerprint Processing and Swab Type on DNA Recovery (2015-2017)
- Michael McBride, Method Comparison for Developing Latent Prints on Glass Surfaces (2015-2017)
- Lauren Taddeo, Analysis of Blood Spatter and Drip Stain Formation on Stain Resistant Fabric (2015-2017)
- Alyssa Turin, Quality of DNA Profiles after Multiple Transfers of Semen (2015-2017)

Master's Research Committee Member
- Hannah Cawley, Cadaver Dogs and Handlers: Detection of Ancient Bones (2021-Present)
- Isabella Haberstock, Extraction and Identification of Illicit Compounds from Baked Goods Using PSI-MS (2021-Present)
- Kayla Massari, Characterization of Metal-Peroxide Complexes Using PSI-MS (2021-Present)
- Savannah Nguyen, Developing a Genetic STR Database for Wild Turkey (Meleagris gallopavo) to Develop an Allelic Ladder (2021-Present)
- William Vause, Developing a Genetic Genealogy Database (2021-Present)
- Annaliese Black, Investigating the Probative Value of Touch DNA Evidence – A Landscape Study (2020-2021)
- Jackson Dimalanta, Optimization of Solid Phase Extraction for Organic Gunshot Residue Analysis via LC-QqQ-MS (2020-2021)
- Alysha Donlan, Extraction, Detection, and Quantification of Illicit Substances Used in Drug-Facilitated Sexual Assaults from Gummy Bear Matrices (2020-2021)
- Julia Canello, Methamphetamine Recovery from Oral Fluid after Controlled Vick's Vapoinhaler Injection (2019-2020)
- Susan Kline, Time Studies of Cooking Spice Compounds and Model Peroxide Explosives (2019-2020)
- Scott Rissler, Probing the Intrinsic Conformation of Anionic Uranyl Complexes using IRMPD Spectroscopy and Quantum Chemical Calculations (2019-2020)
- Hannah Zimmerman, Exploring Derivatization Methods to Improve the Detection and Quantification of Surrogates for Illicit Monoamine Compounds (2019-2020)
- Jared McAtee, Luminescent Markers in Gunshot Residue (2018-2019)
- Brea Hogan, Synthesis and Physicochemical Characterization of Semiconductors for Enhanced Fingerprint Identification (2017-2018)
- Molly Hildenbrand, The Search for a Missing Holocaust Army Officer Using DNA Analysis (2017-2018)
- Amber Armour, Employing a Novel Collection Technique for Spent Cartridge Casings using 5ml Tubes (2016-2017)
- Natalie Borga, DNA extraction and analysis of soft contact lenses using the Promega DNA IQ™ System (2016-2017)
- Marissa Felinczak, Examination of Contamination via Fingerprint Brushes and the Determination of a Cleaning Technique via the UV Stratalinker (2016-2017)
- Olivia Goodwin, Analysis of Allele Sharing in Complex Familial Mixtures Using TrueAllele® (2016-2017)
- Lauren Graessle, The Effects of Rust on the Extraction and Downstream Processing of DNA Samples Collected from Metal Objects (2016-2017)
- Dana Kodger, The Effect of Defleshing Techniques on DNA using Deer Bone as a Model (2016-2017)
- Gerard Lunanuova, A Comparison of DNA Source Material from Drinking Containers (2016-2017)
- Kathleen McRoy, The Study of the Recovery of Spermatozoa on Laundered Clothing (2016-2017)
- Beatriz Pujols, Comparison of Differex™ and Organic Differential DNA Extractions for the Acquisition of a Male Profile from Samples that Exhibit Mold Growth (2016-2017)
- Emily Saporetti, The Effects of Hydraulic Fracturing Production Fluid on DNA Found in Mammalian Tissue

(2016-2017)
- Malachi Weaver, A Comparison of Methods for Extracting DNA from Human Nails (2016-2017)
- Martin Bowkley, Collection, Extraction, and Quantitation of Touch DNA from Various Coatings of Wood (2014)
- Alyssa Earlywine, Identification of Extraction Methodology that Allows for DNA Extraction Efficiency (2014)
- Luke Swintosky, Collection, Extraction, and Quantitation of Touch DNA from Various Wood Samples (2014)
- Kelsey Guest, Development of Kinship Mixtures and Subsequent Analysis Using TrueAllele® Casework (2014-2015)

D. Grants/funding received for teaching activities

Academic Learning Outcome Assessment Committee at Duquesne University (2015)
John G. Rangos Sr. Prize Competition for True Crime and Justice of God Team Project (2020)

III. Scholarship

A. Scholarly publications

1. Review articles

Ferrara, L.N. Review of *Forensic DNA Evidence Interpretation, 2nd edition* by J.S. Buckleton, J.A. Bright, and D. Taylor (Eds), *Forensic Science Review*, 30(1):19, January 2018.

Ferrara, L.N. Review of *A Hands-On Introduction in forensic Science, Cracking the Case*, by Mark M. Okuda and Frank H. Stephenson, *Forensic Science Review,* 28(1):14-15, January 2016.

Ferrara, L.N. Review of *Forensic Science: An Introduction to Scientific and Investigative Techniques, 4th edition*, by Stuart H. James, Jon J. Nordby, and Suzanne Belle (Eds), *Forensic Science Review,* 27(2):86-87, June 2015.

2. Conference Papers

Ferrara, L.N., J. Schreiber. "**Development and Test of an Abductive Reasoning Ethics Module for Forensic Science Majors**". New York, NY. American Educational Research Association (AERA) Annual Meeting Program 2018.

Ferrara, L.N., J. Schreiber. **"Six Modes of Peircean Reasoning and Crime Scene Investigation Education"**. Washington D.C. American Educational Research Association (AERA) Annual Meeting Program 2016.

3. Abstracts published

Cawley, H.M., Ferrara, L.N. **"A Landscape Study of Rapid DNA Technology."** Virtual. American Academy of Forensic Science Proceedings 2021 Volume 27.

Coffman, S., Ferrara, L.N. **"Using Online Learning and Gamification to Enhance Reasoning Skills."** Anaheim, CA. American Academy of Forensic Science Proceedings 2020 Volume 26.

Ferrara, L.N., J. Schreiber. **"Using Forensic Cases to Improve Ethical Reasoning Skills."** Seattle, WA. American Academy of Forensic Science Proceedings 2018 Volume 24.

Ferrara, L.N., J. Schreiber. **"Creating an Ethical Reasoning Curriculum for Forensic Science Majors."** New Orleans, LA. American Academy of Forensic Science Proceedings 2017 Volume 23.

Goodwin, O.D., Ludvico, L.R., Ferrara, L.N. **"Separating Complex DNA Mixtures Containing Related Individuals Using TrueAllele® Mixture Interpretation Software."** New Orleans, LA. American Academy of Forensic Science Proceedings 2017 Volume 23.

Pujols, B.A., Ferrara, L.N., Ludvico, L.R., **"A Comparison of Differex™ and Organic Differential DNA Extractions for the Acquisition of a Male Profile from Samples That Exhibit Mold Growth."** New Orleans, LA. American Academy of Forensic Science Proceedings 2017 Volume 23.

Taddeo, L, Ferrara, L.N. **"Analysis of Blood Spatter Formation on Stain-Resistant Fabrics."** New Orleans, LA. American Academy of Forensic Science Proceedings 2017 Volume 23.

Ferrara, L.N., J. Schreiber. **"How Abductive Reasoning Impacts Criminal Investigations."** Las Vegas, NV. American Academy of Forensic Science Proceedings 2016 Volume 22.

Foley-Melton, P.A., Ropero-Miller, J.D., Ferrara, L.N. **"Demystifying Mixture Interpretation Software Tools (MIST) — Practical Applications and Implementation Strategies for DNA MIST."** Las Vegas, NV. American Academy of Forensic Science Proceedings 2016 Volume 22.

Schantz, L.N., S. Hochendoner, L. Ludvico. **"Comparison of Surfactants for the Transfer of Touch DNA."** American Academy of Forensic Sciences Proceedings 2009 Volume 15.

Schantz, L.N., R. Freeman, N. Sciulli, C. Spencer. **"Corresponding with 'The Happy Face Killer' – A Case Study."** American Academy of Forensic Sciences Proceedings 2009 Volume 15.

B. Academic Publications

1. Books

Ferrara, Lyndsie **"Ethical Reasoning in Forensic Science."** Springer Publishing. (Submitted – Under Revision)

Vasko, Elisabeth T. and Ferrara, Lyndsie **"True Crime and the Justice of God."** Orbis Books. (In Press)

2. Book chapters

Schreiber, James B., and Lyndsie N. Ferrara. **"Content Analysis."** In *The BERA/SAGE Handbook of Educational Research*, 830-50. Vol. 2. Sage, 2016.

3. Professional manuals

Melton, P, L.N. Ferrara, J. Hall, Forensic Technology Center of Excellence (2015). In-Brief: Landscape Study of DNA Mixture Interpretation Software. U.S. Department of Justice, National Institute of Justice, Office of Investigative and Forensic Sciences. https://forensiccoestage.rti.org/Our-Impact/Advancing-Technology/Reports/Demystifying-MIST-Landscape-Report-for-DNA-Mixture-Interpretation-Software-Tools

C. Scholarly presentations

1. National

Coffman, S., Ferrara, L.N. **"Using Online Learning and Gamification to Enhance Reasoning Skills."** Anaheim, CA. American Academy of Forensic Science (AAFS) Meeting February 2020.

Ferrara, L.N., J. Schreiber. "**Development and Test of an Abductive Reasoning Ethics Module for Forensic Science Majors**". New York, NY. American Educational Research Association (AERA) Annual Meeting April 2018.

Ferrara, L.N., J. Schreiber. **"Using Forensic Cases to Improve Ethical Reasoning Skills"**. Seattle, WA. American Academy of Forensic Science (AAFS) Meeting February 2018.

Ferrara, L.N., J. Schreiber. **"Creating an Ethical Reasoning Curriculum for Forensic Science Majors"**. New Orleans, LA. American Academy of Forensic Science (AAFS) Meeting February 2017.

Ferrara, L.N., J. Schreiber. **"Six Modes of Peircean Reasoning and Crime Scene Investigation Education"**. Washington D.C. American Educational Research Association (AERA) Annual Meeting April 2016.

Ferrara, L.N., J. Schreiber. **"How Abductive Reasoning Impacts Criminal Investigations"**. Las Vegas, NV. American Academy of Forensic Science (AAFS) Meeting February 2016.

Schantz, L.N., S. Hochendoner, L. Ludvico. **"Comparison of Surfactants for the Transfer of Touch DNA".** Denver, CO. AAFS Meeting February 2009.

Schantz, L.N., R. Freeman, N. Sciulli, C. Spencer. **"Corresponding with 'The Happy Face Killer' – A Case Study".** Denver, CO. AAFS Meeting February 2009.

Schantz, L.N., L. Ludvico. **"Genetic Sex Determination of Amur Tiger".** (Poster) Washington, D.C. AAFS Meeting February 2008.

2. Regional

Ferrara, L.N., Panel Moderator, "**Mitigating the Impact of Bias on the Outcome of Forensic Investigations**" Pittsburgh, PA. Cyril H. Wecht Institute of Forensic Science & Law, March 2019.

Ferrara, L.N., Panel Moderator, **"Balancing Privacy and Public Safety in the Accessibility of Cell Phones"** Pittsburgh, PA. Cyril H. Wecht Institute of Forensic Science & Law, November 2018.

Ferrara, L.N. "**Ethical Principles Related to Mental Illness and the Criminal Justice System"** Pittsburgh, PA. Cyril H. Wecht Institute of Forensic Science & Law, August 2018.

Ferrara, L.N., J. Schreiber. **"How Abductive Reasoning Impacts Criminal Investigations"** Pittsburgh, PA. Mid-Atlantic Association of Forensic Sciences (MAAFS) Meeting May 2017.

Ferrara, L.N. **"Duquesne University Research Collaborations"** Cambridge, MD. Mid-Atlantic Association of Forensic Scientists (MAAFS) Annual Meeting May 2015.

D. Grants

Funding Agency: National Institute of Justice (NIJ)/Research Triangle Institute (RTI)
- Sexual Assault Response During a Pandemic (What to Know)
- Overview Brief on the Prevalence of Strangulation in Sexual Assault Cases
- Technical Brief on Cameras Used to Document Sexual Assault Examinations
- Next-Generation Sequencing Landscape Study

Funding Agency: Duquesne University Center for Community Engaged Teaching and Research (CETR) Seed Funding Activities:
- Voices for Juvenile Justice: Creating Lifelines Conference October, 2022

Funding Agency: National Institute of Justice (NIJ)/Research Triangle Institute (RTI)

Activities:
- Technology Transition Workshop: The Utility and Features of Expert Systems for Interpreting DNA Data July 30-31, 2014
- Landscape Study of DNA Mixture Interpretation Software July 2015
- Technology Transition Workshop: Courtroom Knowledge of Forensic Technology and the Impact on Frye and Daubert Standards August 9-10, 2016
- Webinar Series. Investigating and Preventing Sexual Assault within Special Populations
    - Webinar: Providing Gender Inclusive Care to Victims of Sexual Assault August 30, 2018
    - Webinar: Investigating Sexual Assault of Elder Victims January 22, 2019
    - Webinar: A Campus-Wide Response to Sexual Misconduct: Best Practices August 7, 2019
    - Webinar: Providing Forensic Healthcare and Support to Native Communities February 27, 2020

IV. Service

A. University, School, or Department Service:

| | |
|---|---|
| **Leadership Committee**, Women in STEM (WIS) | January 2020 - Present |
| **Participant Selection Committee**, Undergraduate Research Program | April 2020 – April 2021 |
| **Ambassador**, First Generation Committee | November 2019 - Present |
| **Mentor**, Women in STEM (WIS) | September 2019 - Present |
| **General Education Curriculum Design Team Member** | February 2019 – Present |
| **Writing Committee University CORE Revision,** | January 2019 – Present |
| **Orientation Facilitator and Programmatic Planner**, Title IX | September 2018 - Present |
| **Presentation Selection Committee**, Undergraduate Research Program | August 2016 – Present |
| **Advisor,** Delta Delta Epsilon (Forensic Science Honor Society) | January 2016 – Present |
| **Advisor,** Phi Sigma Lambda (Professional Forensic Fraternity) | January 2015 – Present |
| **Planning Committee Member**, Wecht Institute | January 2015 – Present |
| **Judge**, Phi Lambda Upsilon (PLU) Graduate Research Symposium | May 2016 and May 2017 |
| **Member**, Search Committee for Forensic Science and Law Program Director | January 2017-April 2018 |
| **Member**, Search Committee for STEM librarian & Online Learning Librarian | June 2016 – October 2016 |

B. Professional Service:

| | |
|---|---|
| **Member**, Membership and Outreach Committee, Council of Forensic Science Educators | February 2017-Present |
| **On-Site Evaluator**, Forensic Science Education Programs Accreditation Commission | February 2018-2019 |

C. Community Service:

| | |
|---|---|
| **Researcher**, Catholic Dioceses, Pittsburgh, PA | December 2017 – 2019 |
| **Eucharistic Minister**, St. Joseph Parish, Coraopolis, PA | May 2015 – Present |
| **Marriage Prep (Pre-Cana) Presenter**, St. Joseph Parish, Coraopolis, PA | August 2013 – Present |
| **Mentor**, Big Brothers/Big Sisters, Pittsburgh, PA | September 2014 – May 2016 |

D. Outreach Presentations:

**"Hands-on Fingerprint Activities."** Ringgold North Elementary School Visit, March 25, 2021 (virtual).

**"Hands-on Fingerprint Activities."** Ringgold South Elementary School Visit, November 25, 2020 (virtual).

**"Hands-on Fingerprint Activities."** STEAM Night at Ramsey Elementary, January 28, 2020.

**"Hands-on Activities."** FAME (Fund for Advancement of Minorities Through Education) Program at Duquesne University, January 25, 2020.

**"Hands-on Activities."** Ringgold South Elementary School Visit, November 22, 2019.

**"Hands-on Activities."** Science Center SciTech Days, November 14, 2019.

**"Hands-on Activities."** Penn Trafford High School Duquesne Visit, October 25, 2019.

**"Forensic Science Overview".** Tour Your Future at Duquesne University, November 16, 2018.

**"Forensic Science Overview".** Tour Your Future at Duquesne University, September 29, 2017.

**"Transformation through the Teacher-Scholar Nexus".** Center for Teaching Excellence Workshop at Duquesne University, February 22, 2017.

**"Forensic Science & My Experience".** Courses on Math, Engineering, Technology, and Science (COMETS) Program at Penn State New Kensington, January 9, 2016.

**"Forensic Science: Duquesne University and Beyond"** Plum, PA. Forensic Science Classes at Plum High School, September 25, 2015.

**"Forensic Science at Duquesne University"** Pittsburgh, PA. Forensic Science Class at Shaler High School, October 29, 2015.

**"What is Forensic Science & My Experiences".** New Kensington, PA. Kids in College Camp at Penn State New Kensington, July 22, 2015.

**"What is Forensic Science & DNA Fingerprinting"**. Pittsburgh, PA. ASSET STEM Education Summer Camp, ASSEST STEM Education Main Office, June 22, 2015