# EXHIBIT BB

Box_1-3_362

```
            LEON E. GANT
                 DISTRICT JUSTICE 50-3-04
         MAGISTERIAL DISTRICT NO.
         P. O. Box 157
         Evans City, Penna. 160330157
         PHONE: 412-538-3960
```

| | |
|---|---|
| | 1986   C   59 |
| | Complaint Numbers if Other Participants |
| | INCIDENT NUMBER | UCR NO. | OTN B 627284-0 |

COMMONWEALTH OF PENNSYLVANIA

DEFENDANT: VS.

I, **Tpr. Trooper Edward S. Peters**
   *(Name of Affiant)*
of **PENNA. STATE POLICE - WASHINGTON, PA.**

NAME AND ADDRESS: **DONALD MITCHELL TEDFORD**
**R.D. #2, Box 10**
**Greensburg, Penna. 15601**

R.S.A. **W-M-34**   D.O.B. **3-30-51**
A K A   **S.S.# 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** (2 #'s reason
         **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** unknown)
OLN.

do hereby state:

(1) ☒ I accuse the above named defendant, who lives at the address set forth above or,
    ☐ I accuse an individual whose name is unknown to me but who is described as

    ☐ his nickname or popular designation is unknown to me and, therefore, I have designated him herein as John Doe;
    with violating the penal laws of the Commonwealth of Pennsylvania at **CRANBERRY TOWNSHIP**
                                                                          *(Place-Political Subdivision)*
    in **BUTLER** County on or about **January 10 or 11, 1986**

    Participants were *(if there were participants, place their names here, repeating the name of above defendant):*

(2) The acts committed by the accused were: (A) **CRIMINAL HOMICIDE (Sec. 2501) & RAPE (Sec. 3121)**
The actor intentionally, knowingly, recklessly or negligently caused the death of Jeanine Eileen
Revak, another human being, in violation of Section X 2501A, of the Penna. Crimes Code.
AND
The actor engaged in sexual intercourse with Jeanine Eileen Revak not being his spouse, by
forcible compulsion, or threat of forcible compulsion, in violation of Section 3121(1) of the
Penna. Crimes Code.

(SEE ATTACHED PROBABLE CAUSE)

all of which were against the peace and dignity of the Commonwealth of Pennsylvania and contrary to the Act of Assembly,
or in violation of **2501A** and **3121 (1)** of the Act of
Penna. Crimes Code *(Section)*     *(Sub-section)*

or the              Ordinance of
                                                   *(Political Sub-division)*

(3) I ask that a warrant of arrest or a summons be issued and that the accused be required to answer the charges I have made.

(4) I, **Tpr. Edward S. Peters** verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information and belief. This is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa. C. S. § 4904) relating to unsworn falsification to authorities.

**February 21**, 19 **86**

_____
*(Signature of Complainant)*

AND NOW, on this date **February 21**, 19 **86**, I certify the complaint has been properly executed before me, and that there is probable cause for the issuance of process.
My Commission Expires Jan. 4, 1990
**50-3-04**
*(Magisterial District)*                        _____ (SEAL)
                                                    *(Issuing Authority)*

---

**WARRANT**

To any authorized person: Pursuant to this warrant, you are commanded to arrest _Donald Mitchell Tedford_ defendant, if found in the Commonwealth of Pennsylvania and bring him/her before the undersigned at the above address to answer the foregoing Complaint.

_Leon E. Gant_ (SEAL)
*(Issuing Authority)*

DATE WARRANT ISSUED: **2/21/86**   **50 3-04**
                                   *(Magisterial District)*

# DEFENDANT'S WARRANT

-380-

Box_1-3_363

(COMMONWEALTH OF PENNSYLVANIA)
(COUNTY OF BUTLER) DATE: 21 February 1986

Tpr. Edward S. PETERS    PENNA. STATE POLICE, WASHINGTON, PENNA.
(AFFIANT)

BEING DULY SWORN OR AFFIRMED BEFORE ME ACCORDING TO LAW, DEPOSES AND SAYS THERE IS PROBABLE CAUSE TO ISSUE AN ARREST WARRANT/~~SUMMONS~~ FOR:

DOB 30 Mar 51

Donald Mitchell TEDFORD, W-M-34    ON VIOLATION(S) Criminal Homicide
R.D. # 2 Box 10                    Sect. 2501-(a)
Greensburg, Penna. 15601           Rape
                                   Sect. 3121-(1)

BASED ON THE FOLLOWING FACTS AND CIRCUMSTANCES: On January 11, 1986, at 12:30 P.M. the body of a W-F-, was found dead in North Bethlehem Twp., Washington Co., Penna., in State Game Lands, near intersection of L.R. 62062, and L.R. 62065. An Autopsy performed at the Washington Hospital revealed the girl died as a result of strangulation by means of a ligature. On same date, it was learned that the body was that of Jeanine Eileen REVAK, W-F-22, Of 203 Opal Dr., Cranberry Twp., Mars, Penna. REVAK was last seen alive on 10 Jan 86, at approximately 7:30 A.M., by her husband. Jeanine REVAK was reported missing to Cranberry Twp., Police Dept. at approximately 8:00 A.M. Jan. 11, 1986 by husband James REVAK, after searching for her alone. The autopsy revealed the girl had been raped, and sperm was found in her vaginal area, and also on her black slacks. Also found on her clothing was what appeared to be fibres of some sort. The victims shoes were missing, and one of her ankle high socks were missing, along with her purse, and contents. The victims husband advised this officer of the following. His wife had been ill with the flu all week since January 4, 1986. She was in bed during this week, and was there when he left on Friday Jan. 10, 1986. He further relates that his wife Jeanine had applied for a job at the FINISHING TOUCH in Cranberry Twp., and had given the man there a resume. He further related that on one occassion his wife took her portfolio to the FINISHING TOUCH, and it was reviewed by the man there. He relates that on Tuesday January 7, 1986, his wife told him that "DON" from the FINISHING TOUCH had called her during the day, and advised her that she had the job at the FINISHING TOUCH, and she would begin work within two weeks. Husband further states that the only thing that would get her out of bed, and out of the house with her illness was the job with the FINISHING TOUCH. Husband also stated if she left the house to go shopping or to work at flower shop called FLOWERS BY JANICE she would dress in blue jeans, and not dress clothes as she had on when her body was located. When her body was located the victim was dressed in a Red Blazer, Black slacks, and a white silk type blouse. The victims vehicle was found in Pines Plaza, McCandless Twp., Allegheny Co., Penna., approximately 7 miles south of the FINISHING TOUCH.

(CONTINUED)

AFFIANT
Tpr. Edward S. PETERS

SWORN TO AND SUBSCRIBED BEFORE ME THIS
21st DAY OF FEBRUARY 19 86

ISSUING AUTHORITY

Boro Bldg., 220 Wahl Ave., P. O. Box 157
ADDRESS
Evans City, Pennsylvania 160330157
MAGISTERIAL DISTRICT

Whereas the above information has been sworn to or affirmed before me by written affidavit(s) hereto attached from which I have found probable cause to issue an arrest warrant according to the Rules of Criminal Procedure, Rule 119.

ISSUING AUTHORITY
MY COMMISSION EXPIRES JAN. 4, 1988

The victims unlisted telephone number was found on the desk blotter of the desk which is occupied by Donald TEDFORD. Subject TEDFORD in an interview with this officer and Tpr. STANEK, acknowledged the fact he knew the victim, had reviewed her portfolio, and that he has had various conversations with her on the telephone. He also acknowledged the fact he had talked to her on January 7 or 8 1986, via telephone, and that he had placed the call to her house. He also admits discussing her employment, however denies hiring her or telling her she was hired. He also acknowledged that he was the only person working at the FINISHING TOUCH on Friday Jan 10, 1986, and admits giving his co-worker Alice SLOAN the day off. Laboratory examination conducted at PSP Lab, Greensburg, Pa., revealed that hair taken from the victims clothing is consistent with hair taken from a cat which is owned by TEDFORD and was in the office of the FINISHING TOUCH. A pubic hair was also taken from the victim underpants. After serving a search warrant on TEDFORD, and taking Head hair, facial hair, pubic hair and blood and saliva samples, these were tested at the PSP Lab Greensburg, Pa., Results of the blood test revealed that TEDFORDS blood is consistent with the Seman stains found on the victims clothing. Also pubic hair from TEDFORD is consistent with pubic hair found on victims underpants. Also sweepings taken from the office of the FINISHING TOUCH revealed hair consistent with TEDFORDS cat, which is consistent with the hair found on the vicims clothing. Also this investigation revealed the following information. The store Called the FINISHING TOUCH has hours from 9:00 A.M. to 5:00 P.M. On date of Friday Jan. 10, 1986, TEDFORD was the only employee at the store this date. TEDFORD called the FINISHING TOUCH located on Babcock Blvd., Pittsburgh, Penna. at 4:38 P.M.. The Babcock Blvd. store is the main office of the FINISHING TOUCH. TEDFORD talked to bookkeeper Lynn KAMPERS at 4:38 P.M., and advised her that there was no one around, and he was not busy, and requested that he be allowed to close early. Permission was given. At 4:58 P.M. TEDFORD once again called the Babcock store from the store in Cranberry Twp., inquiring as to whether or not anyone was looking form him. Further investigation reveals that TEDFORD was in the store untill approximately 9:00 P.M. Jan. 10, 1986, and in fact that he never left the store at anytime during this period, from 9:00 A.M. through 9:00 P.M.. This being four hours past regular store hours, and 4 hours and 22 minutes past the time he called the main office in Babcock Blvd. requesting permission to leave early. Also investigation shows that TEDFORD was once again back in the Cranberry store at 11:30 P.M., Jan 10, 1986.

Box_1-3_364