# EXHIBIT DD

| | | | |
|---|---|---|---|
| SP 7-005 (12 84) | | | 2 INCIDENT NO -OCA |
| PENNSYLVANIA STATE POLICE | | | B1-495906 |
| SUPPLEMENT REPORT | STATION Washington | CODE 1210 | 1 UTN NON TRAF CIT NO |
| 4 OFFENSE-OFF: CRIMINAL HOMICIDE | 5 NAME OF VICTIM Jeanine Eileen REVAK | | 6 DATE OF INCIDENT 10-11 Jan 86 |

9 TYPE REPORT SUPPLEMENTED: XX INITIAL CRIME
12 STATUS: XX CLEARED
13 FURTHER ACTION & REPORT REQUIRED: XX YES

19 NARRATIVE:

10 April 86: This date this officer received a telephone call from David HEPTING, Butler County Assistant D.A. This relative to information he had obtained through an attorney, about a Michael Ferry, who is presently incarcerated in the Butler County Jail. FERRY is also a apparently under detainer by the Pennsylvania Board of Parole, and subject has been told about the REVAK homicide by accused TEDFORD. At this time between discussions with Butler County District Attorney, arrangements were attempted to be made to meet with FERRY and his attorney as soon as possible.

BWS/dmw

PAGE NO: 167

Tpr. Bernard W. STANEK    BADGE NO: 2115    DATE OF REPORT: 19 Apr 86

| | | |
|---|---|---|
| SP 7-005 (1-84) **PENNSYLVANIA STATE POLICE** **SUPPLEMENT REPORT** | STATION Washington CODE 1210 | 2 INCIDENT NO (OCA) B1-495906 3 OTN NON-TRAF CIT NO |
| 4 OFFENSE (OFF) CRIMINAL HOMICIDE | 5 NAME OF VICTIM Jeanine Eileen REVAK | 6 DATE OF INCIDENT 10-11 Jan 86 |

| 9 TYPE REPORT SUPPLEMENTED | 10 NEW OFFENSE IF CHANGED (OFF) | 11 VALUE RECOVERED PROP |
|---|---|---|
| XX INITIAL CRIME ☐ VEHICLE | | |
| 12. STATUS XX CLEARED ☐ UNFOUNDED ☐ NOT CLEARED | 13 FURTHER ACTION & REPORT REQUIRED XX YES ☐ NO | 14 MULTIPLE CLEAR UP? ☐ YES (LIST OTHER INCIDENT NOS IN NARRATIVE) XX NO |

16 NARRATIVE:

**16 Apr 86:** This date, on prior arrangements made, this officer in company with Tpr. Edward S. PETERS, proceeded to the Butler County District Attorney's Office and the following investigation was made. At approximately 1000 hours these officers met with District Attorney David COOK, Assistant District Attorney David HEPTING, Public Defender Richard GOLDINGER, and Attorney EAGAN. These attorneys also met with Michael H. PERRY an inmate at the Butler County Jail.

On this same date, the same individuals mentioned above, along with stenographer Lisa WEILAND, from the Butler County District Attorney's Office, an affidavit was taken from Michael H. PERRY, at which time he advised as to what he knew about the TEDFORD case, and how TEDFORD killed the girl. Copies of this statement are attached to these reports, and the original copy of same is being retained at the Butler County District Attorney's Office in Butler, PA.

BBS/dmw

20 PAGE NO: 168
21 SIGNATURE: [signed] Bernard W. Stanek
PRINT TYPE NAME OF REPORTING OFFICER: Tpr. Bernard W. STANEK
BADGE NO: 2115
22 DATE OF REPORT: 19 Apr 86
23 SUPV INT BADGE NO: JQH 1164

# AFFIDAVIT

My name is Michael H. Ferry. I first met Donald Tedford when he was placed in the Butler County Prison following his arrest. When I saw him he looked familiar to me, but I didn't recognize him. I later learned that we had been in Western Penitentiary at the same time and that's why his face was familiar to me.

Tedford denied his guilt to the other in-mates and initially he denied his guilt to me. Tim Sunday had a plan to escape by smuggling in hacksaw blades and cutting through the bars. Tedford was to be a part of this plan and was to escape with Sunday. Tedford planned to go to a nearby airport and steal an aircraft. Tedford said he was looking for a Cessna. Tedford asked me to draw him a map showing the local airports as he was not familiar with the immediate Butler area. I asked Tedford "why he was going to escape if he was not guilty". Tedford and I had frequently talked about his case and the evidence against him at various times when we were alone. He would tell me parts of what had taken place. I had told Tedford that I didn't believe his denials, and I came right out and asked him what his involvement was.

Tedford said that he had met the girl before, and he was supposed to give her a job. Tedford said he thought the girl was an attractive girl, and he thought that maybe he could have an affair with her. He said he had "hot nuts" for her. Tedford said that he had called the girl in the morning after her husband had left for work. He told her that he was bogged down with work and asked her to accompany him to see some clients. He said he would meet her at a certain place. I don't recall if Tedford said where they were to meet. Tedford said that when she arrived that he already was there waiting on her. He then made an excuse that he had to go back to the store, and he took her back to the store with him. Tedford said he met her about 9:45 a.m. He said she was a beautiful girl and that she had a nice body. He said he made a pass at her.

MF

PAGE TWO

He reached over and put his arm around her. When he made the pass she said, "what are you doing?" "get me out of here". Tedford said he then calmed her down. I asked him "how was it?", and he said that she had given him a "blow job" and that she spit the seaman into a can. After the blow job he told her to get dressed, never specifically said that he had intercourse with her. When she was getting dressed she was sitting on the floor. Tedford said he was assuring her that everything would be alright. After she was dressed, he put a bag over her head from behind. She went into a panic and he said, "I had to wring the bitch's neck". At that point I said, "it looks like your in serious trouble". I indicated that if the police had his car that they would go over it and look for scientific stuff. Tedford's reply was that he had gone over his car with a fine-tooth comb and that there would be nothing found in it.

Tedford continued to maintain his innocence in front of other people but would talk to me openly when we were alone. On one occasion he made a statement in front of some other prisoners stating, "so what if I did screw her, which I didn't, but even if I did 30 percent of the population have the same blood." On several different occasions he admitted to me that he had killed the girl but only when we were alone. He said that he had to kill her because he feared that she would go to the police and that would end his work release privileges and that they would arrest him. This is all I can remember at the present time concerning Tedford's statements to me. Tedford's statements to me occurred over a considerable period of time, and we talked on many occasions.

          *Michael D Ferry*
          MICHAEL H. FERRY

Sworn and subscribed before me on this 16th day of April, 1986.

*John H. White jr*
**CLERK OF COURTS OFFICIAL TITLE**