# EXHIBIT GG

**Jury selection begins** 8/12

Jury selection began yesterday for the trial in the Butler County Courthouse of Donald Mitchell Tedford, 35, charged with raping and strangling Jeanine Eileen Revak, 22, of Cranberry. Her body was found Jan. 11, 1986, near the state gamelands in North Bethlehem. Tedford, who worked in Cranberry, was on a work-release prison program after serving 12 years for the baseball bat beating of a nurse in 1973.

DEFEN EX PENGAD · Bayonne, N.J. A



DEFENDANT'S EXHIBIT B

1/28/87

2 BUTLER EAGLE—Wednesday

### 6 Jurors Selected

## Judge Denies 2 Mistrial Motions In Tedford Case

President Judge Floyd A. Rauschenberger Jr. this morning denied two separate defense motions for a mistrial during the second day of jury selection in the murder trial of Donald M. Tedford.

In his first motion, defense attorney Charles Schwartz of Pittsburgh argued that pre-trial publicity was generated by a story in yesterday's Butler Eagle that included mention of Tedford's criminal past, and that the information contained in that article may have become known to prospective jurors.

Four men and one woman were chosen as jurors yesterday and immediately sequestered. A sixth juror, the fifth man, was selected today. Twenty-eight prospective jurors had been interviewed by late this morning.

Schwartz again asked for a mistrial following the seating of the sixth juror. The motion was based on a conversation the sixth juror said was going on in the jury room where it was reportedly mentioned that the victim lived in Cranberry Township. The conversation was a "direct result of publicity," Schwartz said.

Rauschenberger told Schwartz that he would give the defense attorney wide latitude in questioning jurors about their knowledge of the case.

Prospective jurors were assembled Monday and cautioned not to read or listen to news accounts about the trial. Prospective jurors who have been excused also are being cautioned not to discuss the case with anyone until it has concluded.

The trial is expected to run into next week. District Attorney David L. Cook and First Assistant Attorney David Hepting are prosecuting the case.

Tedford, 35, of Somerset, is accused of raping and strangling Jeanine Revak, 22, of Cranberry Township, whose body was found Jan. 11, 1986, on state game lands in Washington County.

The day before, Revak had interviewed for a job at The Finishing Touch, an interior design store in Cranberry where Tedford worked while on furlough from the State Correctional Facility at Greensburg.

Tedford was arrested by State Police for Revak's murder on Jan. 24, 1986.

In 1973, Tedford had pleaded guilty to multiple charges for attacking a nurse in Pittsburgh with a baseball bat. He had served 12 years of a 15-30-year sentence when he was granted work-release status.

## Senate Panel Fights for Court Records

HARRISBURG (AP) — An audit of the state Supreme Court couldn't be completed because auditors hired by a Senate committee weren't allowed in the door, according to a

## Delayed for Talks

# Tedford Trial Jury Selection Gets Underway



After a one-day delay, jury selection started today in the murder trial of Donald M. Tedford, 35, a convicted felon who is charged with raping and strangling a Cranberry Township woman last January while he was on work-release from prison.

By late this morning only two potential jurors had been questioned and neither was accepted. The prosecution is seeking the death penalty for Tedford, of Somerset.

Tedford is accused of murdering Jeanine Revak, 22, whose body was found Jan. 11, 1986, on state gamelands in Washington County one day after she had interviewed for a job at an interior design store in Cranberry where Tedford worked. He was on furlough from the State Correctional Facility at Greensburg.

Jury selection was delayed yesterday at the request of defense attorney Charles Schwartz of Pittsburgh who had requested Judge Floyd A. Rauschenberger Jr. to meet with Butler Eagle staff reporters and its attorney in an effort to get the newspaper to voluntarily limit publication of information about Tedford's criminal background because of pre-trial publicity.

The Eagle in yesterday's edition made no mention that Tedford was a convicted felon or that he was on work release.

The newspaper refused to continue withholding that information, arguing that potential jurors were now under the control of the court which could take steps to limit their access to news reports. The newspaper also pointed out that a local radio station already had reported that Tedford was on work release at the time of his arrest.

Before the start of jury selection this morning Schwartz told Rauschenberger that he would not ask for a change of venue at this time. He asked that he be given greater latitude in questioning prospective jurors about whether they had read or heard anything recently about the case.

District Attorney David L. Cook did not object.

The jury will be sequestered during the trial, which is expected to run through next week. Jury selection could take more than two days and jurors are to be sequestered once they are picked. Prospective jurors who are excused also are being cautioned not to discuss the case with anyone until the case has concluded.

Rauschenberger also has ordered all court personnel, including prosecution and defense attorneys, not to talk to the news media during the trial.

The Commonwealth will call 30 witnesses, Cook said in court today.

Revak, the daughter of a veteran Pittsburgh police officer, had also worked part-time at Flowers By Janice, in Cranberry.

In 1973 Tedford had pleaded to multiple charges for attacking a nurse in Pittsburgh with a baseball bat. He had served 12 years of a 15-30-year sentence when he was granted work-release status.

Tedford was arrested for Revak's murder on Jan. 24, 1986.


VOLKSWAGEN / MAZDA / NISSAN R.V.'s
25th Anniversary 1961–1986
McDONALD MOTORS, INC.
Rt. 8 NORTH    287-3723


call us today
282-1313
FREE Market Analysis
Century 21
THOMAS REAL ESTATE


THIS IS A BURGER KING TOWN.
WE KNOW HOW BURGERS SHOULD BE.™
220 New Castle Road
Butler, PA
BURGER KING


DEFENDANT'S EXHIBIT
D




**WISR** — BUTLER PENNSYLVANIA'S LEADING RADIO VOICE AT 680 ON THE DIAL

LOCAL NEWS HEADLINES .................FROM THE WISR RADIO NEWSROOM........MONDAY, JANUARY 26, 198

**TRIAL BEGINS** ........JURY SELECTION STARTS TODAY IN THE MURDER TRIAL OF 34 YEAR OLD DONALD TEDFORD, THE MAN ACCUSED OF KILLING 22 YEAR OLD JEANINE REVAK OF CRANBERRY TOWNSHIP LAST JANUARY. THE TRIAL WAS ORIGINALLY SCHEDULED FOR LAST JUNE, POSTPONED UNTIL SEPTEMBER, AND THEN CONTINUED UNTIL THIS MONTH. THE CRANBERRY TOWNSHIP WOMAN WAS RAPED AND STRANGLED LAST YEAR, AND HER BODY FOUND IN A REMOTE AREA OF WASHINGTON COUNTY. STATE POLICE ARRESTED DONALD TEDFORD IN ALLEGED CONNECTION WITH THE CRIME IN LATE FEBRUARY. TEDFORD HAD BEEN ON WORK RELEASE FROM PRISON WHEN THE CRIME OCCURRED.

**LABOR DISPUTES** ....... REPRESENTATIVES OF TEACHERS AND SCHOOL BOARDS IN TWO AREA SCHOOL DISTRICTS WILL MEET THIS WEEK IN CONTINUING LABOR TALKS. IN THE ARMSTRONG SCHOOL DISTRICT, COMMON PLEAS JUDGE ROY HOUSE HAS RULED THAT IF THE NEGOTIATORS DO NOT REACH AN AGREEMENT BY FRIDAY OF THIS WEEK, BOTH SIDES MUST BEGIN 10 HOUR PER DAY TALKS ON SATURDAY. THE JUDGE HAS ALSO RULED THAT DAILY TALKS MAY BE SUSPENDED UNTIL THIS WEDNESDAY, WHEN EACH SIDE MUYST SUBMIT WRITTEN PROPOSALS FOR THE RESOLUTION OF ALL REMAINING ISSUES IN THE DISPUTE. ARMSTRONG TEACHERS CONTINUE WORKING UNDER A COURT ORDER IMPOSED BY JUDGE HOUSE EARLIER THIS MONTH.........IN THE CLARION-LIMESTONE SCHOOL DISTRICT, NEGOTIATIONS ARE SCHEDULED FOR TUESDAY AND THURSDAY NIGHTS. 65 TEACHERS HAVE BEEN ON STRIKE IN THIS DISTRICT SINCE JANUARY 5TH. MORE THAN 1,000 STUDENTS ARE AFFECTED. SCHOOL SUPT. JERRY LONG SAID HE WAS HOPEFUL OF PROGRESS SOON.

**FIRES** ........ A MOBILE HOME IN THE EVANS CITY AREA WAS DESTROYED BY FIRE SATURDAY AFT. FIREMEN FROM EVANS CITY AND SEVERAL NEARBY COMPANIES WERE CALLED AT 3:30 P.M. TO THE LINDA MOYES RESIDENCE ON LEISIE ROAD ABOUT 4 MILES EAST OF EVANS CITY. THE MOBILE HOME WAS REPORTEDLY ENGULFED IN FLAMES WHEN THE FIREMEN ARRIVED, AND IS LISTED AS A TOTAL LOSS. THERE WERE NO INJURIES; THE CAUSE OF THE FIRE IS STILL UNDER INVESTIGATION. .....DAMAGE HAS BEEN ESTIMATED AT APPROXIMATELY $7,000 IN A FIRE EARLY SATURDAY EVENING AT THE WENDELL PINKERTON RESIDENCE ON STANTON AVENUE IN MARS. THE FIRE STARTED IN THE CHIMNEY OF THE HOME, THEN SPREAD INTO A WALL NEAR THE FIREPLACE. MARS AND VALENCIA VOLUNTEER FIREMEN EXTINGUISHED THE BLAZE. THERE WERE NO INJURIES REPORTED.

**GREEN TO RUN** ...... BUTLER COUNTY COMMISSIONER JAMES A. GREEN HAS ANNOUNCED HIS INTENTION TO RUN FOR RE-ELECTION IN THE DEMOCRATIC PRIMARY THIS SPRING. GREEN WAS FIRST ELECTED BUTLER COUNTY COMMISSIONER IN 1959 AT THE AGE OF 29. HE SERVED 3 CONSECUTIVE TERMS, MOVED ON TO VARIOUS OTHER ELECTED AND APPOINTED GOVERNMENTAL POSITIONS, AND THEN WAS RE-ELECTED COUNTY COMMISSIONER ONCE AGAIN IN 1979. ELECTED AGAIN IN 1983, GREEN WILL NOW BE SEEKING HIS THIRD CONSECUTIVE TERM.

**FBI ASKED IN** ..... THE FBI HAS BEEN ASKED TO INVESTIGATE FOR FRAUD IN THE DEVELOPMENT OF THE SEVEN FIELDS TOWNHOUSE COMMUNITY IN SOUTHWESTERN BUTLER COUNTY. TWO INVESTORS IN THE PROJECT ASKED FBI TO CONDUCT PROBE.


Butler Limousine Service
"An Invitation To Elegance"
Stretch Limousine with TV and Bar
OR ALL SPECIAL OCCASIONS 287-0392


WHY NOT DIRECT ALL YOUR MAIL ADVERTISING TO
WAGNER
122 S. Washington St.
287-1466


**BOORY'S BUSINESS MACHINES**
BOND COPIERS - CALCULATORS
ELECTRONIC TYPEWRITERS
OFFICE SUPPLIES & RENTALS
244 West Jefferson Street
(412) 287-4347

24 Jan. '87  Butler Eagle

## Only Five Jurors Selected for Trial In Cranberry Slaying

Jury selection in the murder trial of Donald M. Tedford entered its third day today.

So far, five jurors — three men and two woman — have been chosen.

Selection got underway Tuesday and by the end of the day, four men and a woman had been selected.

On Wednesday morning, another woman was added to the jury. However, one of the male jurors who had already been seated was dropped at the request of defense attorney Charles Schwartz of Pittsburgh when it was learned that the juror may have discussed the case or information about it published in a local news sheet prior to his selection.

By the end of yesterday, 41 prospective jurors — more than half of the jury panel — had been interviewed. A number of other prospective jurors had been eliminated before their interviews because they are unable to serve on a jury for a trial that will take more than a week.

No new jurors were chosen by late this morning.

Tedford, 35, of Somerset, is accused of raping and murdering Jeanine E. Revak, 22, of Cranberry Township, whose body was found Jan. 11, 1986, on state game lands in Washington County.

The prosecution is asking for the death penalty for Tedford.

Jurors will be sequestered throughout the trial. Those already picked are being sequestered.

Defense attorney Schwartz has asked presiding Judge Floyd A. Rauschenberger Jr. three times for a mistrial for pre-trial publicity.

Rauschenberger has denied those motions, but given Schwartz latitude in questioning prospective jurors about their knowledge of the case.

Prospective jurors were assembled Monday and cautioned not to read or listen to news accounts about the case. Prospective jurors who have been excused also are being cautioned not to discuss the case with anyone until it has concluded.

## Guards' Chief
★ From First Page

after an arson fire w
in a basement stor?
2:30 a.m.
"We were
Holleran sai
'Almost
comm


DEFENDANT'S EXHIBIT F

ie s**** ***** also said hos-
:s would be killed if the United
.es provided support for Iraq, at
r with Iran since September
10.

The calls could not be authenti-
:ed. The group usually delivers
tements to local newspapers or
·stern news agencies when it
nts to publicize a claim, and the
ice of Lebanon has been known to
inaccurate on Moslem-related af-
irs.

The three Americans kidnapped
turday were Alann Steen, 47, a
urnalism professor who formerly
ught at three northern California
lleges; Jesse Turner, 39, an Idaho
itive, assistant instructor of
athematics and computer sci-
nces; and Robert Polhill, 53, assis-
nt professor of business studies.

The Indian was identified as Mi-
hileshwar Singh, chairman of the
business studies division, with status
in the United States as a legal resi-
dent alien.

Universities and nearly all high
schools joined Beirut University
College, which has about 3,000 stu-
dents, in suspending classes today to
protest the abductions.

Other anonymous callers have
claimed the Organization of the Op-
pressed on Earth kidnapped two
West Germans on Friday. But police
said Sunday the abducted men were
Armenian Lebanese.

· Two West Germans have been ab-
ducted in Beirut since Hamadi's ar-
rest Jan. 13 in Frankfurt — Rudolf
Cordes, 53, a businessman, and Al-
fred Schmidt, 47, an engineer.

A West German believed to be an
emissary of the Bonn government
flew from Cyprus to the Lebanese
Defense Ministry on a Lebanese
army helicopter. Neither the min-
istry nor the West German Embassy
would comment.

Altogether, eight Americans, six
Frenchmen, two Britons, two West
Germans, one Irishman, one Italian,
one South Korean, one Saudi Arabi-
an and one Indian are missing in
Beirut.

## More Than
★ From First Page

icted on the charges last month
nd faced a maximum 55 years in
rison.

Prosecutors said Dwyer had
agreed to a $300,000 bribe in ex-
change for awarding a $4.6 million
contract to Computer Technology
Associa'
N·.

## Jurors To Be Chosen for Murder Trial

By SALLY R. MILLER
Eagle Staff Reporter

Jury selection was to get under-
way today in the trial of Donald R.
Tedford, who is charged with raping
and murdering a Cranberry Town-
ship woman last January.

The body of Jeanine Revak, 22,
was found by hunters, Jan. 11, 1986,
on state game lands in Washington
County, a day after she reportedly
had interviewed for a job at The
Finishing Touch, an interior design
store in Cranberry Township, where
Tedford also worked.

Mrs. Revak, the daughter of a vet-
eran Pittsburgh police officer, had
been married only eight months. She
also worked part-time at Flowers
By Janice, a floral shop also located
in Cranberry.

Her husband, James, was em-
ployed at American Hardware Sup-
ply at East Butler.

The prosecution planned to ask
for the death penalty for Tedford.

President Judge Floyd A. Raus-
chenberger Jr. will preside at the
trial which is expected to run into
next week.

The jury, which is expected to
take two days to select, will be se-
questered for the trial's duration,
said First Assistant District Attor-
ney David A. Hepting, who is pros-
ecuting the case with District Attor-
ney David L. Cook.

A closed hearing was held this
morning before Judge John H. Bry-
don on suppression of evidence re-
quested by defense attorney Charles
Schwartz of Pittsburgh.

Tedford was arrested by State Po-
lice for Revak's murder on Jan. 24,
1986. At his preliminary hearing,
State Police testified that Tedford's
blood was consistent with semen
stains found on Revak's clothing and
his pubic hair matched that found on
her underwear.

State Police also said that cat
hair found on Revak's body matched
that of a cat Tedford kept at Fin-
ishing Touch.

Tedford had been held without
bond in the Butler County Prison
until April 14, when he was trans-
ferred to Western Penitentiary in
Pittsburgh.

## Cabinet
★ From First Page

groups put the toll as high as 10 1-

## Notes From Pas₁

One hundred and fifty years ag
Jan. 26, 1837, Michigan became th
26th state with the signing of a
statehood bill by President Andrew
Jackson.

Ten years ago: The State Depart-
ment charged Czechoslovakia with
violating provisions of the 1975 Hel-
sinki agreement by harassing hu-
man rights activists.

Five years ago: President Reagan
delivered his first State of the Union
address, in which he asked Congress
to join him in transferring $47 bil-
lion worth of social programs to
state and local governments.

One year ago: The Chicago Bears
defeated the New England Patriots
46-10 to win Super Bowl XX at the
Superdome in New Orleans.

## Lawmaker
★ From First Page

abduction had been claimed by a
group of pro-Iranian Shiite Moslem
extremists calling themselves the
Organization of the Oppressed on
Earth.

Baker said Reagan was being in-
formed about the situation by Frank
Carlucci, the administration's new
national security adviser, but Baker
declined to say what the administra-
tion will do.

Asked if the U.S. Embassy in Bei-
rut should be closed, Baker an-
swered, "I don't think that that's a
step that necessarily has to be tak-
en, but I think we ought to be very
careful that particularly private cit-
izens are no longer roaming around
Lebanon."

Pell, on ABC-TV's "This Week
with David Brinkley," said there
wasn't much Reagan could do. "I
don't envy the president, the situa-
tion he's in now."

But if a definite link between the
kidnappers and Syria or Iran can be
established, Pell said, Reagan
should consider "pretty hard" action
against either nation.

However, "If it's a group without
any government connection," he
said, "there really is no good solu-
tion."

Asked about links between the
kidnappers and Iran, Pell said, "In
this case, I'm not sure it's estab-
lished."

Unless that tie is clear, he cau-
tioned, "I don't think it would be
advisable'" to use force.

Pell said America's anti-terror-
ism policy is "basically non-exis-
tent" because strong U.S. warnings
to allies against dealing with terror.

# SW School Bus Crashe

A school bus carrying 27 Southwest Butler County students rolled over a hill along Lower Butler Road in Jackson Township during Thursday's snowstorm. Jackson Township police said no serious injuries were reported although one student reportedly was taken to a medical center for examination.

Dr. Albert Timms, assistant school superintendent, blames PennDOT for the hazardous road conditions at the time of the accident. "A coal truck was coming in the opposite direction and the bus moved over to the edge of the road and just kept going because of the slope of the road and how icy it was."

He said the driver checked the students and determined there were no serious injuries before they walked one-half mile to a farmhouse to telephone for help. Timms said the bus had no radio on board. Some of the district's 50 buses carry FM radios connected with a base system at Seneca Valley High School, but there are not enough radios for each bus. Timms said the district currently has 21 radios.

Jackson Township police officer Robert Goetz said the accident investigation has been hampered because the driver did not report the mishap to police. He said the accident occurred about 3:12 p.m. and a parent of the one of the students later called police. "By the time we got out there (at 4:01 p.m.)

there was no one th
Goetz agreed face contributed t $800 damage to the a broken windshiel vehicle.

Goetz said the problems involved untreated and ver to the side to allow
Local PennD

# The News Weekly

Vol. 4, No. 35      Serving Zelienople, Fombell and Southwestern Butler County

# Tedford Murder Trial Jury Selection Begins

After a one-day delay, jury selection started Tuesday in the murder trial of Donald M. Tedford, 35, a convicted felon charged with raping and strangling a Cranberry Township woman last January while he was on work-release from prison.

By late Tuesday morning only two potential jurors had been questioned and neither was accepted. The prosecution is seeking the death penalty for Tedford.

He is accused of murdering Jeanine Revak, 22, whose body was found Jan. 11, 1986, on state gamelands in Washington County one day

after she had interviewed for a job at an interior design store in Cranberry where Tedford worked. He was on furlough from the State Correctional Facility at Greensburg.

Jury selection was delayed Monday at the request of defense attorney Charles Schwartz of Pittsburgh who had requested Judge Floyd A. Rauschenberger Jr. to meet with Butler Eagle staff reporters and its attorney in an effort to get the newspaper to voluntarily limit publication of information about Tedford's criminal background because
Continued on Page 2

# County Approves Funds For Harmony Museum

By DAVID W. HEASTINGS

Support rafters that cracked under the weight of snow and threaten to bring down the roof at the Harmony Museum will be repaired with an emergency grant approved Thursday by the Butler County Commissioners.

The commissioners approved a $2,500 grant from the county budget's contingency fund after an urgent plea from John S. Ruch, president of The Harmonist Historic and Memorial Association.

Ruch said the weight of snow which piled up on the roof of the 1809 museum building several weeks ago cracked the rafters. The association managed to temporarily stabilize the roof, but had no funds to make repairs.

**Other Project Delayed**
The organization has money from the Pennsylvania Historical and Museum Commission to install a heating and air conditioning system, but none of the money can be used for repairs, Ruch explained.

The roof's condition is preventing the association from finishing work on the heating system.

The association has been conducting a building fund to pay off the debt on the building, a former fire hall the group purchased last January. The association had leased the building from the Harmony Volunteer Fire Department for more than 25 years, Ruch said.

"They are a volunteer organization. They've done a tremendous job and they've done it partially for us," said Commissioner Richard M. Patterson before the board unanimously approved the grant.

In a letter to commissioners, Ruch noted that the Harmony Museum is "one of Butler County's
Continued on Page 2

**News Weekly**
**CIRCULATION 6,875**
Callery P.O. Boxes............165
Evans City Boro...............671
Evans City R.D.'s 2, 3, 4......1390
Fombell Boxes & R.D.'s 1, 2....780
Harmony P.O. Boxes & R.D.'s 1, 2, 3...1485
Zelienople Boro & R.D. 2......2384

**Eagle Weekly**
**CIRCULATION 10,447**
Bradford Woods................503
Evans City R.D. 1.............450
Fenway........................477
Mars Boro.....................557
Cranberry Area
  Mars R.D.'s 1, 3, 4, 5, 6, 7, 8....3607
Valencia Boxes and R.D.'s 1, 2, 3, 4...2542
Warrendale P.O. Boxes.........450
Wexford R.D.'s 2, 3, 4, 11....1202
Zelienople R.D. 1.............659

**TOTAL HOMES........17,322**



JAN AND JILL went down the hill on a cold winter day in Evans City. They are the twin daughters of    Mr. and Evans Cit

# Zelienople Historical Socie Announces Grant at Dinne

By SHIRLEY A. COOPER
Correspondent

While preserving the historical past, the Zelienople Historical Society is busy preparing for tomorrow.

Patricia Meyer, executive director, explained to members Thursday during their 12th annual meeting that the Buhl Foundation in Pittsburgh has awarded a $50,000 three-to-one matching grant to the society's endowment fund.

"The society needs to raise $150,000 to be able to get the full grant," she said, adding that $34,000 already has been reserved for this fund and $50,000 has been pledged. The first payment of $12,000 on the Buhl grant will arrive in a few weeks, she said.

Following the dinner, held in Scholl Auditorium at Passavant Re-

tirement & Health Center, a slide presentation, "Zealous Dettmar's Dutiful Daughter, shown by Butler High Scho dents Renee Neigh, Ellen and Amy Clouse. The studen searched the life of Zelie Passavant, Zelienople's nam for a school project which first-place honors in state a gional History Day contests represented Pennsylvania in tional History Day competiti June.

The slide show captured strongly-held ideals for the opment of character and the mance of human beings, inc references made in her let Proverbs 31:10, "Who can fin tuous woman? For her price above rubies."
Continued on Page 2

**Two Alternates Needed**

# 12 Jurors for Tedford Trial Are Chosen after 147 Called

By DAVID W. HEASTINGS
Eagle Staff Reporter

Jury selection in the Donald M. Tedford rape-murder trial resumed this morning after Saturday's all-day session of questioning prospective jurors resulted in the seating of only one more juror.

Twelve jurors have been selected, and two alternates remain to be chosen from a new list of prospective jurors.

A new panel of 25 prospective jurors — the third since jury selection started last Monday — was phoned yesterday and told to report this morning. A total of 147 had been called last week.

The second panel, composed of 96 prospective jurors called in on Friday, was exhausted by 6:30 p.m. Saturday. Twenty-two of them either were excused for good reason when they were notified Thursday night or could not be reached. The remaining prospects were questioned Saturday by Tedford's attorney, Charles Schwartz, and Assistant District Attorney David Hepting over their ability to sit as impartial jurors.

Tedford was out of prison on work release when Jeanine Revak was raped and murdered Jan. 10 or 11, 1986. The body of the 22-year-old Cranberry Township woman was found Jan. 11 in a wooded area of Washington County.

**Impartiality Issue**

The issue of impartiality was at the center of a growing contention by Schwartz that some, if not all, of the prospective jurors from the panel were "tainted" because they may have heard and openly discussed information about Tedford's criminal record while in the jury assembly room waiting to be called for individual questioning in the courtroom.

Several women testified that six or more prospective jurors sitting in a smoking room of the jury assembly room had been discussing what they knew about the case. One woman said she heard some prospective jurors in the non-smoking section also discussing the case and offering opinions on Tedford's guilt. She said some of the people even were joking about their feelings... 

many of the prospective jurors that his client is guilty.

"There is a clear impression that everyone engaged in chit-chat of (Tedford's) record, and there is a foregone conclusion of his guilt," Schwartz said before moving for a mistrial and change of venue (location) for the trial.

A couple of the prospective jurors who testified that they believed the entire panel had been expressing opinions on Tedford's guilt admitted under questioning by Assistant D.A. Hepting that they had not been present when all of the conversations took place.

**Process Defended**

In response to Schwartz's motions, Hepting said the process of individually questioning each prospective juror should allow any tainted prospective jurors to be weeded out. Hepting said the court should not disregard the answers of the jurors who have been seated, who had testified that they knew little about the case and could judge the case fairly and impartially.

He also reminded the court that others who were questioned had denied that the talk was as pervasive as Schwartz had contended.

Rauschenberger, who denied both motions, said he could not believe the entire panel was tainted.

The latest panel was split into two groups. Smokers were placed in a second floor hearing room across from the Courtroom 1, where prospective jurors have been questioned for possible selection to the jury. Non-smokers were placed in Courtroom 2, also on the second floor.

Since last Monday, 147 prospective jurors in two juror panels had been called to the courthouse. Twelve have been selected, with the two alternates to be chosen from the newest panel of 25 prospective jurors.

## Pittsburgh Man Convicted on Marijuana Charges

STATE COLLEGE, Pa. (AP) — A




cial meeting concerning Butler Refrigerated Meats' expansion plans was announced at the Jan. 20 meeting of the Lancaster Township Planning Commission.

Commission Chairman Earl Schuckman announced that the special meeting, scheduled for Jan. 27, was suggested by township supervisors and Solicitor George Hancher in order to set the conditions that Butler Refrigerated must abide by if granted a conditional use on its expansion plans.

Butler Refrigerated has been trying to obtain township approval to expand its facilities since last October. The proposal has been met with opposition by some neighboring property owners.

### Campground Plans

A preliminary drawing and letter made in the future.

Schuckman had informed Mosser last month that the commission would not formally review any plans until the board received a letter and preliminary drawing. He said the township needs to be assured that the leased camping lots will not be used as year-round residential lots.

Mosser explained that the campground would operate on a seasonal basis and leased sites would not serve as residences. The proposed site of Spring Valley Campgrounds is on about 37 acres along Woody Wilson Road.

Commissioners found no problems with the preliminary plans and unanimously voted to recommend approval of them to the board of supervisors.



NEW OFFICERS — 1987 officers and trustees of the Zelienople Historical Society attending the group's annual dinner meeting included, from left, seated: corresponding secretary Lois Willmot, president C Philip Blun toli, and tr sel.

# Tedford Murder Trial

★ From First Page

of pre-trial publicity.

The Eagle in Monday's edition made no mention that Tedford was a convicted felon or that he was on work release.

The newspaper refused to continue withholding that information, arguing that potential jurors were now under the control of the court which could take steps to limit their access to news reports. The newspaper also pointed out that a local radio station already had reported that Tedford was on work release at the time of his arrest.

Before the start of jury selection Tuesday morning Schwartz told Rauschenberger that he would not ask for a change of venue at this time. He asked that he be given greater latitude in questioning prospective jurors about whether they had read or heard anything recently about the case.

District Attorney David L. Cook did not object.

The jury will be sequestered during the trial, which is expected to run through next week.

# SW School Bus Crashes

★ From First Page

comment about the road condition.

Timms said some parents picked up their children following the accident and the district's bus contractor sent another bus to transport the rest home. He said he does not feel classes should have been dismissed early Thursday because of the weather. "We've never closed school in a situation like that. It wasn't a blizzard; there weren't severe weather warnings. It was a slow snow that started early in the morning. PennDOT had plenty of time to put something on the road."

He said a meeting was held Monday between administrators and students involved in the accident to find exactly what happened. He said the administrators are "looking at some of our emergency procedures. Drivers need to know their responsibilities in case of an accident." He said the bus drivers take refresher courses in emergency procedures every four years.

Timms said it has been verified that everyone was seated on the 32-passenger bus at the time of the crash. He said it is the driver sponsibility to see that passer do not stand. Timms said s buses "are not supposed to more" than the specified pass capacity and that seats shou available for everyone. Timm: the only times students may h; stand on buses is during the couple of days of the school when the number of students routes is not fully determined.

# County

★ From First Page

most important cultural, tional and tourism resources.

"I can't tell you how grat are, to the commissioners : money," Ruch said after lea the grant.

He said there is no dange public areas on the first floc the damaged area, but onl; clearance attic area separ damaged roof from rooms store artifacts awaiting ca for later display.



## MILK HELPS BUILD STRONG BODIES

It's nice to know something that tastes so good is also good for you. Milk is delicious, nutritious, good-for-you drinking. No sugar added. No artificial flavoring. No fizz. Make milk a regular part of your family's diet for good health.

MILK IS FITNESS YOU CAN DRINK

**SCHIEVER FARM DAIRY**



### THE FAMILY DENTAL HEALTH CENTER

### Complete Family Dental Car

— Get Acquainted Offer —
Teeth Cleaning, X-rays
&
Check-ups
$18

Apply For Our Exclusive
## "CARE CARD"
And Pay in Convenient Monthly Payments

285-6853

MOST INSURANCE ACCEPTED

